IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Nancy Brooks and Joan Silverman, as Trustees of the Irrevocable Trust of Donald L. Silverman and as Executrices for the Estate of Donald L. Silverman<br><br>　　　　Plaintiffs,<br>　v.<br><br>AIG SunAmerica Life Assurance Company,<br><br>　　　　Defendant. | Civil Action No. 2005-10994 (WGY) |

## AFFIDAVIT OF SERVICE

1. Service of Process was made on the defendant AIG Sun America Life Insurance Company under the Massachusetts Long-Arm Statute -- M.G.L. 223A, §6 -- pursuant to Fed. R. Civ. P. 4(e)(1) by certified mail, return receipt requested, directed to:

    Jay S. Wintrob
    President & Chief Executive Officer
    AIG Sun America Life Insurance Company
    1 SunAmerica Center
    Los Angeles, CA 90067-6022

2. A copy of the original Summonses with Proof of Service thereon in the form of the Return Receipt Certified Card is affixed hereto.

                                                                             Respectfully submitted,

                                                                             Plaintiffs,

                                                                             By their attorneys,

                                                                             */s/ John Peter Zavez*

                                                                             John Peter Zavez, BBO #555721  
                                                                             Noah Rosmarin, BBO #630632  
                                                                             Adkins, Kelston & Zavez, P.C.  
                                                                             90 Canal Street, Fifth Floor  
                                                                             Boston, MA 02114  
                                                                             (617) 367-1040

Dated: May 26, 2005

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Nancy Brooks and Joan Silverman, as
Trustees of the Irrevocable Trust of
Donald L. Silverman and as Executrices    **SUMMONS IN A CIVIL CASE**
for the Estate of Donald L. Silverman


AIG SunAmerica Life Insurance Company

CASE NUMBER:

**05 10994 WGY**


TO: (Name and address of Defendant)

AIG SunAmerica Life Insurance Company
1 SunAmerica Center
Los Angeles, CA 90067


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Zavez, Esquire
Adkins, Kelston & Zavez, p.C.
90 Canal Street, Suite 500
Boston, MA 02114


an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


SARAH A. THORNTON                                    MAY 13 2005

CLERK                                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jay J. Wintrob
   President & C.E.O.
   AIG SunAmerica Life Ins. Co.
   1 SunAmerica Center
   Los Angeles, CA 90067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Matt Wolf
B. Date of Delivery: 5/23/05
C. Signature: X _____    ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1530 0004 7928 5278

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.