UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
NANCY BROOKS AND JOAN SILVERMAN,  :
          Plaintiffs,  :  Civil Action
                                  :  No. 05-10994-WGY
   v.  :
AIG SUNAMERICA LIFE ASSURANCE COMPANY,  :
          Defendant.  :
------------------------------------- x

**NOTICE OF APPEARANCE**

      Please enter our appearance as counsel of record for defendant AIG SunAmerica Life Assurance Company in the above-captioned action.

Dated: June 22, 2005
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
AIG SunAmerica Life Assurance Company