UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NANCY BROOKS AND JOAN SILVERMAN,

                 :

             Plaintiffs,             Civil Action

                 :             No. 05-10994-WGY

      v.

                 :

AIG SUNAMERICA LIFE ASSURANCE COM-
PANY,

                 :

             Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT
## OF AIG SUNAMERICA LIFE ASSURANCE COMPANY

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, AIG SunAmerica Life

Assurance Company hereby submits the following corporate disclosure statement:

AIG SunAmerica Life Assurance Company is an indirect wholly-owned subsid-
iary of AIG Retirement Services, Inc., which is a wholly-owned subsidiary of
American International Group ("AIG"). No publicly held company owns more
than 10% of AIG stock.

Dated: June 22, 2005            Respectfully submitted,
       Boston, Massachusetts

                                 /s/  James R. Carroll
                                 James R. Carroll (BBO #554426)
                                 Michael S. Hines (BBO #653943)
                                 SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                 One Beacon Street
                                 Boston, Massachusetts 02108
                                 (617) 573-4800

                                 Counsel for Defendant
                                 AIG SunAmerica Life Assurance Company