UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY BROOKS AND JOAN SILVERMAN,    :
                  Plaintiffs,       :   Civil Action
                                    :   No. 05-10994-WGY
       v.                           :
                                    :
AIG SUNAMERICA LIFE ASSURANCE COM-  :
PANY,                               :
                  Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND ORDER

It is hereby stipulated and agreed to, by and between the undersigned parties, that the time within which defendant AIG SunAmerica Life Assurance Company may answer, move, or otherwise respond to the Complaint in this action is hereby extended to and including July 25, 2005.

Dated:  June 22, 2005                     Respectfully submitted,
        Boston, Massachusetts


 /s/  John Peter Zavez                     /s/  James R. Carroll
John Peter Zavez (BBO #555721)            James R. Carroll (BBO #554426)
Noah Rosmarin (BBO #630632)               Michael S. Hines (BBO #653943)
ADKINKS KELSTON & ZAVEZ, P.C.             SKADDEN, ARPS, SLATE,
90 Canal Street                             MEAGHER & FLOM LLP
Boston, Massachusetts 02114               One Beacon Street
(617) 367-1040                            Boston, Massachusetts 02108
                                          (617) 573-4800

Counsel for Plaintiffs                    Counsel for Defendant
Nancy Brooks and Joan Silverman           AIG SunAmerica Life Assurance Company


SO ORDERED:


Dated: _____       _____
                                          William G. Young
                                          Chief Judge