UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY BROOKS AND JOAN SILVERMAN, | : | |
| Plaintiffs, | : | Civil Action<br>No. 05-10994-WGY |
| v. | : | |
| AIG SUNAMERICA LIFE ASSURANCE COMPANY, | : | **ORAL ARGUMENT REQUESTED** |
| Defendant. | : | |

## DEFENDANT AIG SUNAMERICA'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant AIG SunAmerica Life Assurance Company ("AIG SunAmerica") hereby moves this Court for an Order dismissing all four counts in the Complaint. The grounds for this motion are set forth in AIG SunAmerica's memorandum of law, which is submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), AIG SunAmerica respectfully requests oral argument on this motion.

Dated: July 25, 2005  
     Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll  
James R. Carroll (BBO #554426)  
Michael S. Hines (BBO #653943)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
AIG SunAmerica Life Assurance Company

## LOCAL RULE 7.1 CERTIFICATION

    I, Michael S. Hines, hereby certify that I conferred with counsel for plaintiffs on July 25, 2005 but could not obtain counsel's agreement to the specific relief sought by this motion.

Dated: July 25, 2005

/s/ Michael S. Hines  
Michael S. Hines