UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY BROOKS AND JOAN SILVERMAN,          :

              Plaintiffs,    :    Civil Action
                           :    No. 05-10994-WGY

    v.
                           :

AIG SUNAMERICA LIFE ASSURANCE
COMPANY,                                   :

              Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

       It is hereby stipulated and agreed to, by and between the undersigned parties, that the time within which defendant AIG SunAmerica Life Assurance Company may answer the Complaint in this action is hereby extended to and including October 26, 2005.

Dated: October 20, 2005　　　　　　　　Respectfully submitted,
       Boston, Massachusetts


/s/  John Peter Zavez　　　　　　　　　　/s/  James R. Carroll
John Peter Zavez (BBO #555721)　　　　　James R. Carroll (BBO #554426)
Noah Rosmarin (BBO #630632)　　　　　　Michael S. Hines (BBO #653943)
ADKINKS KELSTON & ZAVEZ, P.C.　　　　　SKADDEN, ARPS, SLATE,
90 Canal Street　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Boston, Massachusetts 02114　　　　　　　One Beacon Street
(617) 367-1040　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　(617) 573-4800


Counsel for Plaintiffs　　　　　　　　　　Counsel for Defendant
Nancy Brooks and Joan Silverman　　　　　AIG SunAmerica Life Assurance Company


SO ORDERED:


Dated: _____      _____
　　　　　　　　　　　　　　　　　　　　William G. Young
　　　　　　　　　　　　　　　　　　　　Chief Judge