UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY BROOKS AND JOAN SILVERMAN,
                                          :
              Plaintiffs,                     Civil Action
                                          :   No. 05-10994-WGY
     v.
                                          :
AIG SUNAMERICA LIFE ASSURANCE
COMPANY,                                  :

              Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of AIG SunAmerica Life Assurance Company, have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 7, 2005                     Respectfully submitted,
       Boston, Massachusetts


 /s/  Gavin D. Friedman                      /s/  James R. Carroll
Gavin D. Friedman                           James R. Carroll (BBO #554426)
Associate General Counsel                   Michael S. Hines (BBO #653943)
AIG SunAmerica Life Assurance Company       SKADDEN, ARPS, SLATE,
1 SunAmerica Center                          MEAGHER & FLOM LLP
Los Angeles, California 90067               One Beacon Street
                                            Boston, Massachusetts 02108
                                            (617) 573-4800

                                            Counsel for Defendant
                                            AIG SunAmerica Life Assurance Company