IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

|  |  |
|---|---|
| **Nancy Brooks and Joan Silverman**, as Trustees of the Irrevocable Trust of Donald L. Silverman and as Executrices for the Estate of Donald L. Silverman<br><br>                    Plaintiffs,<br>       v.<br><br>**AIG SunAmerica Life Assurance Company**,<br><br>                    Defendant. | Civil Action No. 05-10994-WGY |

## PLAINITIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to LR 16.1(D)(3), plaintiffs Nancy Brooks and Joan Silverman and their counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated 9 November 2005                                      Respectfully submitted,

                                                                        _____/s/_____
                                                                        John Peter Zavez (#555721)
_____/s/_____                                             Noah Rosmarin (#630632)
Nancy Brooks                                                   ADKINS KELSTON & ZAVEZ, P.C.
                                                                        90 Canal Street
                                                                        Boston, MA  02114
                                                                        Tel: (617) 367-1040
_____/s/_____                                             Fax:  (617) 742-8280
Joan Silverman

### CERTIFICATE OF SERVICE

I certify that on 9 November 2005, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on defense counsel.                             _____/s/_____
                                    John Peter Zavez