```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 05-10994-WGY

 4

 5   * * * * * * * * * * * * * * * * * *
                                        *
 6   NANCY BROOKS and JOAN SILVERMAN,    *
                                        *
 7            Plaintiffs,                *
                                        *
 8   v.                                  *    MOTION HEARING
                                        *
 9   AIG SUNAMERICA LIFE ASSURANCE       *
     COMPANY,                            *
10            Defendant.                 *
                                        *
11   * * * * * * * * * * * * * * * * * *

12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15

16   APPEARANCES:

17
              ADKINS, KELSTONE AND ZAVEZ, P.C.
18       (By John P. Zavez, Esq.), 90 Canal Street, 5th
         Floor, Boston, 02114, on behalf of the Plaintiffs
19

20            SKADDEN, ARPS, SLATE, MEAGHER & FLOM
         (By Michael S. Hines, Esq.), One Beacon Street,
21       31st Floor, Boston, Massachusetts 02108, on behalf
         of the Defendant
22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      December 14, 2005
```