UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10994-WGY**

**NANCY BROOKS**
**JOAN SILVERMAN.**
**Plaintiff**

v.

**AIG**

**Defendant**

## JUDGMENT

    This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendant's Motion for Summary Judgment. Judgment for the Defendant AIG, against Plaintiffs Nancy Brooks and Joan Silverman.
 .

**Sarah A. Thornton**
**Clerk**

  **/s/ Elizabeth Smith**
**Deputy Clerk**

March 3, 2006
To: All Counsel