IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

|  |  |
|---|---|
| **Nancy Brooks and Joan Silverman**, as Trustees of the Irrevocable Trust of Donald L. Silverman and as Executrices for the Estate of Donald L. Silverman<br><br>  Plaintiffs,<br>v.<br><br>**AIG SunAmerica Life Assurance Company**,<br><br>  Defendant. | Civil Action No. 05-10994-WGY |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the First Circuit from this Court's Order Granting Summary Judgment for Defendant entered 3 March 2006 (Exhibit A).

DATED: 23 March 2006

/s/  John Peter Zavez
John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA  02114
Tel: (617) 367-1040
Fax: (617) 742-8280

### CERTIFICATE OF SERVICE

I certify that on 23 March 2006, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on defense counsel.

/s/  John Peter Zavez
John Peter Zavez

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10994-WGY

NANCY BROOKS
JOAN SILVERMAN.
Plaintiff

v.

AIG

Defendant

JUDGMENT

This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendant's Motion for Summary Judgment. Judgment for the Defendant AIG, against Plaintiffs Nancy Brooks and Joan Silverman.
.

Sarah A. Thornton
Clerk

/s/ Elizabeth Smith
Deputy Clerk

March 3, 2006
To: All Counsel