# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10994

Nancy Brooks, et al

v.

AIG SunAmerica Life Assurance Company

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-54, 56

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/23/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 24, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4-26-6.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10994-WGY

Brooks et al v. AIG SunAmerica Life Assurance Company
Assigned to: Judge William G. Young
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 05/13/2005
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Nancy Brooks**
*Trustee of the Irrevocable Trust of Donald L. Silverman and as Executrice for the Estate of Donald L. Silverman*

represented by **John P. Zavez**
Adkins, Kelston and Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
617-367-1040
Fax: 617-742-8280
Email: jzavez@akzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Silverman**
*Trustee of the Irrevocable Trust of Donald L. Silverman and as Executrice for the Estate of Donald L. Silverman*

represented by **John P. Zavez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AIG SunAmerica Life Assurance Company**

represented by **James R. Carroll**
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108
617-573-4800
Fax: 617-573-4822
Email: jcarroll@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2005 | 1 | CLASS ACTION COMPLAINT against AIG SunAmerica Life Assurance Company Filing fee: $ 250, receipt number 64284, filed by |

|  |  | Nancy Brooks, Joan Silverman. (Attachments: # 1 Civil Cover Sheet) (Bell, Marie) (Entered: 05/17/2005) |
|---|---|---|
| 05/13/2005 |  | Summons Issued as to AIG SunAmerica Life Assurance Company. (Bell, Marie) (Entered: 05/17/2005) |
| 05/13/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Bell, Marie) (Entered: 05/17/2005) |
| 05/17/2005 |  | Letter sent to Attorney John P. Zavez advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Bell, Marie) (Entered: 05/17/2005) |
| 05/31/2005 | 2 | AFFIDAVIT OF SERVICE Executed by Nancy Brooks, Joan Silverman. AIG SunAmerica Life Assurance Company served on 5/23/2005, answer due 6/13/2005. Acknowledgement filed by Nancy Brooks; Joan Silverman. (Bell, Marie) (Entered: 06/01/2005) |
| 06/22/2005 | 3 | NOTICE of Appearance by James R. Carroll on behalf of AIG SunAmerica Life Assurance Company (Carroll, James) (Entered: 06/22/2005) |
| 06/22/2005 | 4 | CORPORATE DISCLOSURE STATEMENT by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 06/22/2005) |
| 06/22/2005 | 5 | STIPULATION *And Order* by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 06/22/2005) |
| 06/23/2005 |  | Judge William G. Young : Electronic ORDER entered Granting re 5 Stipulation filed by AIG SunAmerica Life Assurance Company. Response due 7/25/05 for AIG SunAmerica Life Assurance Company. cc/cl.(Bell, Marie) (Entered: 06/23/2005) |
| 06/23/2005 |  | Reset Answer Deadline for AIG SunAmerica Life Assurance Company to 7/25/05. (Bell, Marie) (Entered: 06/23/2005) |
| 07/25/2005 | 6 | MOTION to Dismiss by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 07/25/2005) |
| 07/25/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss filed by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carroll, James) (Entered: 07/25/2005) |
| 08/08/2005 | 8 | Opposition re 6 MOTION to Dismiss filed by Nancy Brooks, Joan Silverman. c/s. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Bell, Marie) (Entered: 08/09/2005) |
| 08/25/2005 |  | NOTICE of Hearing on Motion 6 MOTION to Dismiss: Motion Hearing set for 10/5/2005 02:00 PM before Chief Judge William G. Young. The hearing will take place at SUFFOLK UNIVERSITY LAW SCHOOL, 120 TREMONT ST., 4TH FLOOR, BOSTON. cc/cl(Smith, Bonnie) (Entered: 08/25/2005) |

| | | |
|---|---|---|
| 08/25/2005 | 9 | Assented to MOTION for Leave to File *Reply Memorandum Of law In Further Support Of Defendant AIG SunAmerica's Motion To Dismiss* by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Proposed Reply Brief# 2 Exhibit 1 to Proposed Reply Brief)(Carroll, James) (Entered: 08/25/2005) |
| 08/26/2005 | | Judge William G. Young : Electronic ORDER entered granting 9 Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss. cc/cl. (Bell, Marie) (Entered: 08/26/2005) |
| 08/26/2005 | 10 | REPLY to Response to Motion re 6 MOTION to Dismiss filed by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit 1) (Carroll, James) (Entered: 08/26/2005) |
| 10/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 10/5/2005 re 6 MOTION to Dismiss filed by AIG SunAmerica Life Assurance Company,After Hearing the 6 MOTION to Dismiss filed by AIG SunAmerica Life Assurance Company IS ALLOWED IN PART; DENIED IN PART. Plaintiffs are within 10 days to file a supplemental pleading as outlined by the Court. 16.1 Conference set for 11/14/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Donald Womack.) (Bell, Marie) (Entered: 10/06/2005) |
| 10/14/2005 | 11 | NOTICE of Scheduling Conference Scheduling Conference set for 11/14/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 10/14/2005) |
| 10/14/2005 | 12 | Supplemental Opposition re 6 MOTION to Dismiss filed by Nancy Brooks, Joan Silverman. (Zavez, John) (Entered: 10/14/2005) |
| 10/20/2005 | 13 | STIPULATION *And Order* by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 10/20/2005) |
| 10/21/2005 | | Judge William G. Young : ORDER entered. STIPULATION AND ORDER resetting answer deadline to 10/26/05(Smith, Bonnie) (Entered: 10/21/2005) |
| 10/21/2005 | | Set/Reset Answer Deadlines for AIG SunAmerica Life Assurance Company. (Smith, Bonnie) (Entered: 10/21/2005) |
| 10/25/2005 | 14 | ANSWER to Complaint *And Affirmative Defenses* by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A)(Carroll, James) (Entered: 10/25/2005) |
| 10/25/2005 | 15 | MOTION for Judgment on the Pleadings by AIG SunAmerica Life Assurance Company.(Carroll, James) (Entered: 10/25/2005) |
| 10/25/2005 | 16 | MEMORANDUM in Support re 15 MOTION for Judgment on the Pleadings filed by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A)(Carroll, James) (Entered: 10/25/2005) |
| 10/28/2005 | | NOTICE of Hearing on Motion 15 MOTION for Judgment on the Pleadings: Motion Hearing set for 12/14/2005 02:00 PM in Courtroom 18 |

| | | |
|---|---|---|
| | | before Chief Judge William G. Young. Opposition is due by Nov. 9, 2005. Reply brief,if any is due by Nov. 21, 2005. cc/cl(Smith, Bonnie) (Entered: 10/28/2005) |
| 11/04/2005 | 17 | JOINT STATEMENT re scheduling conference. (Carroll, James) (Entered: 11/04/2005) |
| 11/07/2005 | 18 | CERTIFICATE OF CONSULTATION *Pursuant To Local Rule 16.1(D)(3)* by James R. Carroll on behalf of AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 11/07/2005) |
| 11/07/2005 | 19 | Supplemental JOINT STATEMENT re scheduling conference *Plaintiffs' LR 16.1(D)(3) Cert.*. (Zavez, John) (Entered: 11/07/2005) |
| 11/09/2005 | 20 | Cross MOTION for Judgment on the Pleadings *(Liability)* by Nancy Brooks.(Zavez, John) (Entered: 11/09/2005) |
| 11/09/2005 | 21 | MEMORANDUM in Opposition re 15 MOTION for Judgment on the Pleadings filed by Nancy Brooks. (Zavez, John) (Entered: 11/09/2005) |
| 11/09/2005 | 22 | MEMORANDUM in Support re 20 Cross MOTION for Judgment on the Pleadings *(Liability)* filed by Nancy Brooks. (Zavez, John) (Entered: 11/09/2005) |
| 11/09/2005 | 23 | MOTION to Amend *Complaint* by Nancy Brooks.(Zavez, John) (Entered: 11/09/2005) |
| 11/09/2005 | 24 | AMENDED COMPLAINT *(Proposed First)* against AIG SunAmerica Life Assurance Company, filed by Nancy Brooks.(Zavez, John) (Entered: 11/09/2005) |
| 11/10/2005 | | NOTICE of Hearing on Motion 20 Cross MOTION for Judgment on the Pleadings *(Liability)*: Motion Hearing set for 12/14/2005 02:00 PM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/10/2005) |
| 11/14/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 11/14/2005. The Court explains requirements of the session and inquires as to whether the parties consent to proceed before a magistrate judge.Case to go to ADR as of Aug., 2006 Final Pretrial Conference set for NO SOONER THAN 11/6/2006 02:00 PM before Chief Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 12/4/2006 09:00 AM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/15/2005) |
| 11/16/2005 | | Judge William G. Young : Electronic ORDER entered. re 17 JOINT STATEMENT re scheduling conference. RETURN. THIS IS TOO LONG A TIME-LINE. cc/cl.(Bell, Marie) (Entered: 11/16/2005) |
| 11/21/2005 | 25 | REPLY to Response to Motion re 15 MOTION for Judgment on the Pleadings filed by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 11/21/2005) |
| 11/22/2005 | 26 | Amended JOINT STATEMENT of counsel *Pursuant to Local Rule 16.1.* |

|  |  |  |
|---|---|---|
|  |  | (Carroll, James) (Entered: 11/22/2005) |
| 11/23/2005 | 27 | MEMORANDUM in Opposition re 20 Cross MOTION for Judgment on the Pleadings *(Liability)* filed by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 11/23/2005) |
| 11/23/2005 | 28 | MEMORANDUM in Opposition re 23 MOTION to Amend *Complaint* filed by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 11/23/2005) |
| 11/29/2005 | 29 | Judge William G. Young : ORDER entered. re 20 Cross MOTION for Judgment on the Pleadings *(Liability)* filed by Nancy Brooks. cc/cl. (Bell, Marie) (Entered: 11/29/2005) |
| 11/29/2005 |  | Judge William G. Young : Electronic ORDER entered. re 19 Supplemental JOINT STATEMENT re scheduling conference. SO ORDERED AS THE CASE MANAGEMENT SCHEDULING ORDER. Discovery to be completed by 8/3/2006. Dispositive Motions due by 10/6/2006. cc/cl.(Bell, Marie) (Entered: 11/29/2005) |
| 11/29/2005 |  | Judge William G. Young : Electronic ORDER entered re 26 Joint statement of counsel. SO ORDERED AS THE CASE MANAGEMENT SCHEDULING ORDER. Discovery to be completed by 9/15/2006. Dispositive Motions due by 10/6/2006. cc/cl.(Bell, Marie) (Entered: 11/30/2005) |
| 12/09/2005 | 30 | MOTION for Reconsideration *of 29 Nov 05 Order* by Nancy Brooks. (Zavez, John) (Entered: 12/09/2005) |
| 12/12/2005 | 31 | AFFIDAVIT of Gavin D. Friedman re 29 Order by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 12/12/2005) |
| 12/13/2005 | 32 | Opposition re 30 MOTION for Reconsideration *of 29 Nov 05 Order* filed by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 12/13/2005) |
| 12/13/2005 |  | Judge William G. Young : Electronic ORDER entered denying 30 Motion for Reconsideration (Smith, Bonnie) (Entered: 12/13/2005) |
| 12/14/2005 | 33 | MOTION to Certify Class by Nancy Brooks.(Zavez, John) (Entered: 12/14/2005) |
| 12/14/2005 | 34 | MEMORANDUM in Support re 33 MOTION to Certify Class filed by Nancy Brooks. (Zavez, John) (Entered: 12/14/2005) |
| 12/14/2005 | 35 | AFFIDAVIT in Support re 33 MOTION to Certify Class filed by Nancy Brooks. (Zavez, John) (Entered: 12/14/2005) |
| 12/14/2005 |  | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 12/14/2005 re 20 Cross MOTION for Judgment on the Pleadings *(Liability)* filed by Nancy Brooks,, 15 MOTION for Judgment on the Pleadings filed by AIG SunAmerica Life Assurance Company, AFTER HEARING:, the Motion for Judgment on the pleadings filed by the Plaintiff is allowed in part, denied in part. The |

| | | |
|---|---|---|
| | | Cross Motion for Summary Judgment is Denied. The plaintiff has 30 days to file an affidavit of the Commissioner of Insurance or an authoritative person from that office., Motions terminated: 15 MOTION for Judgment on the Pleadings filed by AIG SunAmerica Life Assurance Company,, 20 Cross MOTION for Judgment on the Pleadings *(Liability)* filed by Nancy Brooks,. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/15/2005) |
| 12/30/2005 | 36 | BRIEF by AIG SunAmerica Life Assurance Company to 29 Order. (Carroll, James) (Entered: 12/30/2005) |
| 12/30/2005 | 37 | AFFIDAVIT of Gavin D. Friedman re 29 Order by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A)(Carroll, James) (Entered: 12/30/2005) |
| 12/30/2005 | 38 | AFFIDAVIT of Gary Strunk re 29 Order by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A)(Carroll, James) (Entered: 12/30/2005) |
| 01/05/2006 | 39 | TRANSCRIPT of Proceedings held on 12/14/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/05/2006) |
| 01/12/2006 | 40 | RESPONSE to Motion re 15 MOTION for Judgment on the Pleadings filed by Nancy Brooks. (Zavez, John) (Entered: 01/12/2006) |
| 01/26/2006 | 41 | MOTION for Summary Judgment by AIG SunAmerica Life Assurance Company.(Carroll, James) (Entered: 01/26/2006) |
| 01/26/2006 | 42 | MEMORANDUM in Support re 41 MOTION for Summary Judgment filed by AIG SunAmerica Life Assurance Company. (Carroll, James) (Entered: 01/26/2006) |
| 01/26/2006 | 43 | STATEMENT of facts re 41 MOTION for Summary Judgment *Pursuant To Local Rule 56.1*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Carroll, James) (Entered: 01/26/2006) |
| 02/01/2006 | 44 | Joint MOTION for Protective Order by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Text of Proposed Order Exhibit A)(Carroll, James) (Entered: 02/01/2006) |
| 02/02/2006 | | NOTICE of Hearing on Motion 41 MOTION for Summary Judgment: Motion Hearing set for 3/2/2006 02:00 PM before Judge William G. Young. Opposition is due by 2/9/06. Reply brief, if any, is due by 2/17/06 cc/cl(Smith, Bonnie) (Entered: 02/02/2006) |
| 02/02/2006 | 45 | Judge William G. Young : ORDER entered. STIPULATION AND ORDER for the Protection and Exchange of Confidential Information. (Paine, Matthew) (Entered: 02/02/2006) |
| 02/09/2006 | 46 | MEMORANDUM in Opposition re 41 MOTION for Summary Judgment *and in Support of Cross-Motion for Partial Summary Judgment for* |

| | | |
|---|---|---|
| | | *Plaintiffs* filed by Nancy Brooks. (Zavez, John) (Entered: 02/09/2006) |
| 02/09/2006 | 47 | Cross MOTION for Partial Summary Judgment *(Liability)* by Nancy Brooks.(Zavez, John) (Entered: 02/09/2006) |
| 02/09/2006 | 48 | ADDENDUM re 47 Cross MOTION for Partial Summary Judgment *(Liability)*, 41 MOTION for Summary Judgment *(LR 56.1 Statement of Facts)* filed by Nancy Brooks. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6) (Zavez, John) (Entered: 02/09/2006) |
| 02/10/2006 | | NOTICE of Hearing on Motion 47 Cross MOTION for Partial Summary Judgment *(Liability)*: Motion Hearing set for 3/2/2006 02:00 PM before Judge William G. Young. Opposition is due by 2/23/06(Smith, Bonnie) (Entered: 02/10/2006) |
| 02/14/2006 | | ELECTRONIC NOTICE Reply brief, if any, is due by Feb.28, 2006 re 47 Cross MOTION for Partial Summary Judgment *(Liability)* cc/cl (Smith, Bonnie) (Entered: 02/14/2006) |
| 02/17/2006 | 49 | REPLY to Response to Motion re 47 Cross MOTION for Partial Summary Judgment *(Liability)*, 41 MOTION for Summary Judgment filed by AIG SunAmerica Life Assurance Company. (Attachments: # 1 Exhibit A)(Carroll, James) (Entered: 02/17/2006) |
| 02/17/2006 | 50 | STATEMENT of facts re 47 Cross MOTION for Partial Summary Judgment *(Liability)*. (Carroll, James) (Entered: 02/17/2006) |
| 02/28/2006 | 51 | REPLY to Response to Motion re 47 Cross MOTION for Partial Summary Judgment *(Liability)* filed by Nancy Brooks. (Zavez, John) (Entered: 02/28/2006) |
| 02/28/2006 | 52 | AFFIDAVIT of John Peter Zavez in Opposition re 41 MOTION for Summary Judgment *(Rule 56(f))* filed by Nancy Brooks. (Zavez, John) (Entered: 02/28/2006) |
| 03/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/2/2006 re 41 MOTION for Summary Judgment filed by AIG SunAmerica Life Assurance Company,, 47 Cross MOTION for Partial Summary Judgment *(Liability)* filed by Nancy Brooks,, 33 MOTION to Certify Class filed by Nancy Brooks,. After hearing the Court ALLOWS the Defendant's Motion and DENIES the Plaintiffs' Motions. judgment to enter for AIG. (Court Reporter Gibbons.) (Smith, Bonnie) (Entered: 03/03/2006) |
| 03/03/2006 | 53 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Defendant against Plaintiffs(Smith, Bonnie) (Entered: 03/03/2006) |
| 03/13/2006 | 54 | MOTION for Reconsideration by Nancy Brooks. (Attachments: # 1 Exhibit A)(Zavez, John) (Entered: 03/13/2006) |
| 03/15/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 54 Motion for Reconsideration. (Paine, Matthew) (Entered: 03/15/2006) |
| 03/22/2006 | 55 | TRANSCRIPT of Motion for Summary Judgment Hearing held on |

| | | |
|---|---|---|
| | | March 2, 2006 before Judge Young. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/22/2006) |
| 03/23/2006 | 56 | NOTICE OF APPEAL by Nancy Brooks. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/12/2006. (Attachments: # 1)(Zavez, John) (Entered: 03/23/2006) |
| 04/04/2006 | | Filing fee: $ 255.00, receipt number 71529 for 56 Notice of Appeal. (Paine, Matthew) (Entered: 04/05/2006) |