# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-10994 Massachusetts Young, W.]*

# MANDATE

No. 06-1721

NANCY BROOKS, TRUSTEE OF THE IRREVOCABLE TRUST
OF DONALD L. SILVERMAN AND AS EXECUTRIX FOR THE
ESTATE OF DONALD L. SILVERMAN, AND
JOAN SILVERMAN, TRUSTEE OF THE IRREVOCABLE TRUST
OF DONALD L. SILVERMAN AND AS EXECUTRIX FOR THE ESTATE
OF DONALD L. SILVERMAN,

Plaintiffs, Appellants,

v.

AIG SUNAMERICA LIFE ASSURANCE COMPANY,

Defendant, Appellee.

---

**JUDGMENT**

Entered: March 23, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ Jennifer Caloeck*
Deputy Clerk

Date: 4/13/07

By the Court:

RICHARD CUSHING DONOVAN
———————————————
Richard Cushing Donovan, Clerk

[cc: John P. Zavez, Esq., James R. Carroll, Esq. and Michael S. Hines, Esq.]